THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Christy P.,
 Rodriquez M., and John Doe, Defendants,
 Of Whom
 Rodriquez M. is the Appellant.
 In the interest
 of:  P.M. (DOB: 06/10/05) Minor child under the age of 18.
 
 
 

Appeal From Horry County
 H. E. Bonnoitt, Jr., Family Court Judge
Unpublished Opinion No. 2008-UP-253
Submitted May 1, 2008  Filed May 14, 2008    
AFFIRMED

 
 
 
 Ronald R. Norton, of Conway, for Appellant.
 Ernest J. Jarrett, of Kingstree, for Respondent.
 James Craig Murray, of Myrtle Beach, for Guardian ad Litem.
 
 
 

PER CURIAM: This appeal arises from the termination of parental
 rights of Rodriquez M.  After a thorough review of the record pursuant to Ex
 Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm[1] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.
HEARN,
 C.J., and SHORT and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.